UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TODD KREISLER,

                              Plaintiff,

        v.

LIN'S GOURMET, INC., A NEW YORK CORPORATION,
D/B/A LIN'S GOURMET, AND JOSEPH B. ROSENBLATT,
AND INDIVIDUAL,

                            Defendants.
------------------------------------------------------------------------x

Docket No.:
09 CV-8620 (PKC) (GWG)
ECF Case

Electronically Filed

**ANSWER TO CROSS-CLAIMS**

      Defendant, JOSEPH B. ROSENBLATT, by its attorneys, HOEY, KING, TOKER & EPSTEIN, answers the Cross-Claims of defendant Lin's Gourmet, Inc. by stating as follows:

### **RESPONSE TO FIRST CROSS-CLAIM FOR CONTRIBUTION**

      1.      Defendant denies the allegations of paragraph 1 of the Cross-Claim and respectfully refers all questions of law to this Honorable Court.

### **RESPONSE TO SECOND CROSS-CLAIM FOR INDEMNITY**

      2.      Defendant denies the allegations of paragraph 2 of the Cross-Claim and respectfully refers all questions of law to this Honorable Court.

### **RESPONSE TO THIRD CROSS-CLAIM FOR CONTRIBUTION**

      3.      Defendant neither admits nor denies the allegations of paragraph 3 but respectfully refers this Honorable Court to the lease document for its terms.

4. Defendant neither admits nor denies the allegations of paragraph 4 but respectfully refers this Honorable Court to the lease document for its terms.

5. Defendant denies the allegations of paragraph 5 and respectfully refers all questions of lease interpretation to this Honorable Court.

6. Defendant denies the allegations of paragraph 6 and respectfully refers all questions of lease interpretation to this Honorable Court.

7. Defendant denies the allegations of paragraph 7 and respectfully refers all questions of lease interpretation to this Honorable Court.

8. Defendant denies the allegations of paragraph 8.

WHEREFORE PARAGRAPH. Defendant denies that defendant Lin's Gourmet, Inc. is entitled to any of the relief demanded in the Wherefore clause of the Cross-Claim or to any other relief.

## **GENERAL DENIAL**

Defendant denies each and every allegation in the Cross-Claim not specifically admitted herein.

**WHEREFORE**, the Defendant demands judgment dismissing this Cross-Claim with prejudice, together with its attorneys' fees, costs and disbursements in this action.  Defendant hereby objects to a trial by jury of all issues and matters including, but not limited to, those issues and matters relating to equitable relief.

Dated:     New York, New York
           December 2, 2009

              HOEY, KING, TOKER & EPSTEIN

              By: ___s/_____
                Glen H. Parker
              Attorneys for Defendant
              **Joseph B. Rosenblatt**
              55 Water Street, 29th Floor
              New York, New York 10041-2899
              (212) 612-4230
              gparker@hoeyking.com

To:
**Via ECF Filing**
Adam T. Shore, Esq.
Attorneys for Plaintiff,
Todd Kreisler
15 Bank Street, #111L
White Plains, New York 10606
(914) 329-1626

Scott G. Goldfinger, Esq.
Attorneys for Defendant
LIN'S GOURMET, INC.,
A NEW YORK CORPORATION, D/B/A LIN'S GOURMET,
225 Broadway, Suite 715
New York, New York 10007
(212) 227-4530
scottgoldfinger@gmail.com