USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 09-cv-8620-PKC

TODD KREISLER,

    Plaintiff,

vs.

LIN'S GOURMET, INC., a New York corporation, d/b/a LIN'S GOURMET, and JOSEPH B. ROSENBLATT, an individual,

    Defendants.
_____/

**PLAINTIFF'S MOTION TO SEAL DEFENDANT'S OPPOSITION LETTER TO MOTION TO APPEAR PRO HAC VICE [DE 17] AND THIS COURT'S CORRESPONDING ORDER [DE 20] AND INCORPORATED MEMORANDUM OF LAW**

COMES NOW Plaintiff, Todd Kreisler (hereinafter, the "Plaintiff"), by and through his undersigned counsel, and hereby respectfully moves this Court for the entry of an Order To Seal Defendant's Opposition Letter To Motion To Appear Pro Hac Vice [DE 17] and this Court's corresponding Order [DE 20] (hereinafter, the "Motion"), and in support thereof states:

1. Defendant's counsel Glen H. Parker, Esq. Opposition Letter [DE 17] was entered in the Court's docket on March 11, 2010. Said Letter opposed Plaintiff's Motion To Admit B. Bradley Weitz Pro Hac Vice.

2. This Court entered an Endorsed Order [DE 20] on March 15, 2010, directing Plaintiff's counsel to respond to Defendant's Opposition Letter.

3. On May 3, 2010, Defendant's counsel Glen H. Parker, Esq., withdrew his opposition to the *pro hac vice* motion in a letter to Judge Castel [DE 25], as the parties had entered into settlement of this matter.

[Handwritten annotation: Motion granted as to Motion to Appear Pro Hac Vice & and Memorandum enclosed on letter of opposition. The Clerk's Office is directed to remove the pdf document filed under DE 17 and DE 20. They are sealed. The docket entries remain. SO ORDERED / P. Kevin Castel USDJ 5-19-10]

1