UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TODD KREISLER,

        Plaintiff,

  -against-

LIN'S GOURMET, INC.,
a New York corporation,
d/b/a LIN'S GOURMET, and
JOSEPH B. ROSENBLATT,
an individual,

        Defendants.
-------------------------------------------------------X

Civil Action No.: 09 CIV 8620 (PKC)
ECF CASE

**STIPULATION AND
ORDER OF DISMISSAL**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, whereas no party is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, all the claims asserted in this action are hereby dismissed with prejudice.

    Dated this 19th day of May, 2010.

Respectfully submitted,

| | |
|---|---|
| s/ Adam T. Shore_____ | s/ Glen H. Parker_____ |
| Adam T. Shore, Esq. | Glen H. Parker, Esq. |
| Law Office of Adam Shore | Hoey, King, Toker & Epstein |
| Attorney for Plaintiff | Attorney for Defendant |
| Todd Kreisler | Joseph B. Rosenblatt |
| 50 Main Street, 10th Floor | 55 Water Street, 29th Floor |
| White Plains, New York 10606 | New York, New York 10041 |
| atsesq@gmail.com | gparker@hoeyking.com |
| | |
| s/ B. Bradley Weitz_____ | s/ Scott G. Goldfinger_____ |
| B. Bradley Weitz, Esq. *(pro hac vice)* | Scott G. Goldfinger, Esq. |
| The Weitz Law Firm, P.A | Law Office of Scott G. Goldfinger |
| Attorney for Plaintiff | Attorney for Defendant |
| Todd Kreisler | Lin's Gourmet Inc. |
| 18305 Biscayne Boulevard | 225 Broadway, Suite 715 |
| Aventura, Florida 33160 | New York, New York 10007 |
| weitzfirm@gmail.com | scottgoldfinger@gmail.com |

**SO ORDERED:**

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE